**USDC-SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC#:**
**DATE FILED:** 6-11-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARIEM SAHRAOUI,

                Plaintiff,

        v.

GONG XI FA CAI, INC., d/b/a ALTA RESTAURANT, ANTHONY BRIATICO, and CHRISTOPHER CHESTNUT,

                Defendants.

No. 19-CV-2678 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

No later than June 18, 2020, the parties shall file a joint letter informing the Court why mediation in this case was not held, providing a status report on the case, and proposing next steps.

SO ORDERED.

Dated:    June 11, 2020
          New York, New York

                                            Ronnie Abrams
                                            United States District Judge