UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**USDC-SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC#:**
**DATE FILED:** 7/17/2020

MARIEM SAHRAOUI,

        Plaintiff,

v.

GONG XI FA CAI, INC. *d/b/a* ALTA RESTAURANT, ANTHONY BRIATICO, *individually*, and CHRISTOPHER CHESTNUT, *individually*,

        Defendants.

No. 19-CV-2678 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    As discussed during today's status conference, the parties shall file a joint status letter no later than September 8, 2020.

SO ORDERED.

Dated:    July 17, 2020
           New York, New York

_____
Ronnie Abrams
United States District Judge