```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 9/24/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIEM SAHRAOUI,

                Plaintiff,

        v.

GONG XI FA CAI, INC., d/b/a ALTA
RESTAURANT, ANTHONY BRIATICO,
and CHRISTOPHER CHESTNUT,

                Defendants.

No. 19-CV-2678 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    Following the July 17, 2020 status conference, the Court ordered the parties to file a joint status letter no later than September 8, 2020. Dkt. 41. To date, the parties have not filed the status letter. They shall do so no later than October 1, 2020. **Failure to do so may result in dismissal of this action for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.**

SO ORDERED.

Dated:    September 23, 2020
            New York, New York

                                          Ronnie Abrams
                                          United States District Judge