```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 12/3/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIEM SAHRAOUI,

      Plaintiff,

   v.

GONG XI FA CAI, INC., d/b/a ALTA RESTAURANT, ANTHONY BRIATICO, and CHRISTOPHER CHESTNUT,

      Defendants.

No. 19-CV-2678 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

  On October 1, 2020, the parties informed the court that they were close to reaching a settlement and requested an additional 60 days to finalize the terms of a settlement agreement. The Court granted that request on October 2, 2020. Dkt. 44. On November 12, 2020, the Court granted the motion of Plaintiff's counsel to withdraw his appearance. The parties have not since updated the Court on the status of settlement negotiations. It is hereby ORDERED that the parties shall file a joint status letter by no later than December 17, 2020.

SO ORDERED.

Dated: December 3, 2020
    New York, New York

                Ronnie Abrams
                United States District Judge